543 U.S. 1193
 CASTRO-BALDERAS, AKA MEDINA-TELFINO, AKA LUNA
v.
UNITED STATES
ARVIZO-ENRIQUEZ
v.
UNITED STATES
CHAVEZ-MARTINEZ
v.
UNITED STATES
MORENO-AMAYA, AKA GARCIA, AKA MORENO, AKA GUADALUPE MORENO
v.
UNITED STATES
RODRIGUEZ-LOPEZ
v.
UNITED STATES and
SOTOVAQUERA, AKA SOTO, AKA VAGUERRA SOTO, AKA SOTO VAGUERRA
v.
UNITED STATES.
 No. 04-7318.
 Supreme Court of United States.
 February 28, 2005.
 
 1
 Petitions for rehearing denied.